No. 626.   MARKHAM, ALIEN PROPERTY CUSTODIAN, *v.* ALLEN ET AL.   December 9, 1946.   Petition for writ of

certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General McGrath* for petitioner. *Joseph Wahrhaftig* for respondents. *Robert W. Kenny,* Attorney General of California, and *Everett W. Mattoon,* Deputy Attorney General, as *amici curiae,* were also on the brief in opposition.